# Notice Recipients

District/Off: 0207−8        User: admin        Date Created: 1/10/2024
Case: 8−23−73314−ast        Form ID: 318DI7        Total: 71

**Recipients of Notice of Electronic Filing:**
tr        R Kenneth Barnard, Esq.        rkbesquire@aol.com
aty        R Kenneth Barnard, Esq.        rkbesquire@aol.com
aty        William Waldner        willwaldner@gmail.com

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Mohammed Azad Khan        13329 117th Street        South Ozone Park, NY 11420
smg        NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg        NYS Unemployment Insurance        Attn: Isolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg        NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg        United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722−4437
10247993        American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
10267934        American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
10267937        American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
10237803        Attorney General of the United States        US Department of Justice        950 Pennsylvanie Avenue, NW        Washington, DC 20530
10237804        Brill Legal Group, P.C.        64 Hilton Avenie        Hempstead, NY 11550
10237806        Chase Bank        725 E. 233rd St        Bronx, NY 10466
10237805        Chase Bank        Mail Code OH1−1272        340 S Cleveland Ave. Bldg 370        Westerville, OH 43081
10237807        Cindy A. Prusinowski, Esq.        64 Hilton Ave        Hempstead, NY 11550
10237808        Clerk of Court        United States District Court        Southern District of NY        500 Pearl Street        New York, NY 10007
10237809        Credit One Bank        Attn: Bankruptcy Department        6801 Cimarron Rd        Las Vegas, NV 89113
10237810        Credit One Bank        Po Box 98872        Las Vegas, NV 89193
10237811        Department of the Treasury        Internal Revenue Service        POB 480        Holtsville, NY 11742
10237812        Discover Financial        Attn: Bankruptcy        Po Box 3025        New Albany, OH 43054
10237813        Discover Financial        Po Box 30939        Salt Lake City, UT 84130
10237815        First Premier Bank        3820 N Louise Ave        Sioux Falls, SD 57107
10237814        First Premier Bank        Attn: Bankruptcy        Po Box 5524        Sioux Falls, SD 57117
10237816        Genesis FS Card Services        Attn: Bankruptcy        Po Box 4477        Beaverton, OR 97076
10237817        Genesis FS Card Services        Po Box 4499        Beaverton, OR 97076
10237818        Hann Financial Service        8000 Midlantic Drive        Mount Laurel, NJ 08054
10237820        IRS        Department of Treasury        IRS        Kansas City, MO 64999
10237819        Internal Revenue Service        Centeralized Insolvency O        PO BOX 21126        Philadelphia, PA 19114
10237822        Lincoln Technical Institute        1 Plymouth Meeting        Plymouth Meeting, PA 19462
10237821        Lincoln Technical Institute        Attn: Bankruptcy        9191 Torresdale Avenue        Philadelphia, PA 19136
10237823        Lvnv Funding/Resurgent Capital        Attn: Bankruptcy        Po Box 10497        Greenville, SC 29603
10237824        Lvnv Funding/Resurgent Capital        C/o Resurgent Capital Services        Greenville, SC 29602
10237825        Maidenbaum Property Tax Reduction Group        483 Chestnut St.        Cedarhurst, NY 11516
10237826        Mission Lane LLC        Attn: Bankruptcy        P.O. Box 105286        Atlanta, GA 30348
10237827        Mission Lane LLC        Po Box 105286        Atlanta, GA 30348
10237828        Mta Bridges and Tunnels        POB 15110        Wilmington, DE 19850
10237830        NY Attorney General        271 Cadman Plaza East        Brooklyn, NY 11201
10237831        NY Dept of Social Services        Attention Bankruptcy        40 N Pearl St        Albany, NY 12242
10237833        NY St Dept of Social Services        40 N Pearl St        Albany, NY 12243
10237832        NY St Dept of Social Services        Attn: Bankruptcy        40 N Pearl St        Albany, NY 12243
10237834        NYS Child Suport Processi        PO BOX 15363        Albany, NY 12212
10237835        NYS Child Support        PO Box 15468        Albany, NY 12212−5368
10237836        NYS Department of Labor        Benefit Collections Unit        PO BOX 1195        Albany, NY 12201
10237837        NYS Dept of Tax and Finance        Attn: Office of Counsel        Bldng 8, WA Harriman Campus        Albany, NY 12227
10237829        Nassau Probation Department        Restitution & Fee Collection Unit        400 County Seat Dr.        Mineola, NY 11501
10258334        New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New York 12205−0300
10237839        PTT Consulting LLC        54 Club Drive        Roslyn Heights, NY 11577
10237838        Philip T Troung        54 Club Drive        Roslyn Heights, NY 11577
10276082        Philip Troung and PTT Consulting LLC        c/o Vincent M. Lentini, Esq.        1129 Northern Blvd        Ste 404        Manhasset NY 11030
10237840        Safe Horizon        120−55 Queens Blvd        Room G−6        Kew Gardens, NY 11415
10237841        Sarojanie Totaram        707 North High Street        Mount Vernon, NY 10552
10237842        Schlissel Decorpo, LLP        479 Merrick Rd        Lynbrook, NY 11563

| | | | | |
|---|---|---|---|---|
| 10237843 | Shanieza Juman | 781 Rutgers Rd. | Franklin Square, NY 11010 | |
| 10237844 | Shanieza Juman | 781 Rutgers Road | Franklin Square, NY 11010 | |
| 10246261 | Shanieza Juman | 783 Rutgers Road | Floral Park NY 11010 | |
| 10237846 | Spectrum | 1600 Dublin Rd. | Columbus, OH 43215 | |
| 10237845 | Spectrum | 399 PARK AVE | 5th floor | New York, NY 10022 |
| 10237847 | Synchrony Bank/Lowes | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 10237848 | Synchrony Bank/Lowes | Po Box 71727 | Philadelphia, PA 19176 | |
| 10276106 | Totaram Sarojan | c/o Vincent M. Lentini | 1129 Northern Blvd. | Ste. 404 Manhasset NY 11030 |
| 10237850 | Toyota Financial Services | 1000 Bridgeport Av | Shelton, CT 06484 | |
| 10237849 | Toyota Financial Services | Attn: Bankruptcy | Po Box 259001 | Plano, TX 75025 |
| 10237851 | Transworld Systems, Inc. | 1105 Schrock Rd., Suite 300 | Columbus, OH 43229 | |
| 10237852 | U–Haul | 168–11 Douglas Ave | Jamaica, NY 11433 | |
| 10237854 | Vincent M Lentini, Esq. | 1129 Northern Blvd Ste 404 | Manhasset, NY 11030 | |
| 10237853 | Vincent M Lentini, Esq. | 1129 Northern Blvd. Ste. 404 | Manhasset, NY 11030 | |
| 10237855 | Walmart Credit Services/Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 10237856 | Walmart Credit Services/Capital One | Po Box 71746 | Philadelphia, PA 19176 | |
| 10240890 | Wells Fargo Bank, N.A. | c/o Shari S. Barak | LOGS Legal Group LLP | 175 Mile Crossing Boulevard Rochester, New York 14624 |
| 10237857 | Wells Fargo Hm Mortgag | Po Box 10335 | Des Moines, IA 50306 | |

TOTAL: 68