UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

MOHAMMED AZAD KHAN,                  Chapter 7
                                                               Case No. 23-73314 (AST)

            Debtor.
-----------------------------------------------------------------x

## CHAPTER 7 TRUSTEE'S REPORT OF PRIVATE SALE

      R. Kenneth Barnard, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Mohammed Azad Khan ("Debtor"), by his undersigned Counsel, submits this Report of Private Sale of the Debtor's interest in the real property located at 781 Rutgers Road, Franklin Square, New York 11010, Nassau County, and more particularly described as Section: 35 Block: 565 Lot: 8 ("Real Property").

1. By Order entered July 31, 2024 ("Sale Order"), this Court authorized and approved the Trustee's private sale of the Real Property to David Matthew Kelly, Jr. and Kaiya Lynn Provost (together, "Purchasers") for the sum of $788,000.00 ("Purchase Price"). See dkt item 43.

2. In accordance with the Sale Order, the Trustee closed on the sale of the Real Property to the Purchasers on August 14, 2024 ("Closing"). The balance of the Purchase Price, plus adjustments, was paid to the Trustee at Closing.

3. After adjustments, the total of $789,063.87 was realized from the private sale of the Real Property to the Purchasers.

Dated: August 16, 2024
       Wantagh, New York

                              **LAMONICA HERBST & MANISCALCO, LLP**
                              *Counsel to R. Kenneth Barnard, as Trustee*

             By:    *s/Melanie A. FitzGerald*
                     Melanie A. FitzGerald, Esq.
                     3305 Jerusalem Avenue, Suite 201
                     Wantagh, New York 11793
                     (516) 826-6500